UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

**2025 MAY -8 PM 3: 16**

CLERK

BY _____
DEPUTY CLERK

2:25-Cr-50-1

UNITED STATES OF AMERICA

v.

CHENGCHAO ZHANG,
Defendant.

Docket No.

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about January 6, 2025, in the District of Vermont, and elsewhere, the defendant, CHENGCHAO ZHANG, knowing or in reckless disregard of the fact that certain aliens, K.Z. and Z.L., had come to, entered, and remained in the United States in violation of law, transported and moved, and attempted to transport and move, K.Z. and Z.L. within the United States in furtherance of their violation of law.

It is further alleged that the defendant CHENGCHAO ZHANG committed this offense for the purpose of private financial gain.

(8 U.S.C. § 1324(a)(1)(A)(ii), (a)(1)(B)(i))

## Forfeiture Notice

1.    The allegations of Count One of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which the defendant, CHENGCHAO ZHANG, has an interest.

2.    Upon conviction of a violation of Title 8, United States Code, Section 1324, as alleged in Count 1 of this Indictment, the defendant, CHENGCHAO ZHANG, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6):

    a.    any conveyance, including any vessel, vehicle, or aircraft, used in the commission of such offense;

    b.    any property, real or personal, that constitutes, or is derived from, or is traceable to any proceeds obtained, directly or indirectly, from the commission of such offense; and

    c.    any property, real or personal, that was used to facilitate, or intended to be used to facilitate, the commission of such offense.

All pursuant to Title 18, United States Code, Section 982(a)(6) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

TR█████████████████

FOREPERSON

MICHAEL P. DRESCHER (NTB)
Acting United States Attorney
Burlington, Vermont
May 8, 2025